[No. 27462-1-II. Division Two. October 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN RALPH EWING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01434-3, Kitty-Ann van Doorninck, J., entered June 5, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Armstrong, JJ.

[No. 27653-4-II. Division Two. October 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID HENRY KELLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00265-5, H. John Hall, J., entered June 29, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 28315-8-II. Division Two. October 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS DALE ROLDAN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00319-4, James B. Sawyer II, J., entered January 3, 2002. *Remanded* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 47832-0-I. Division One. October 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY DOUGLAS ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00718-6, Steven J. Mura, J., entered November 22, 2000. *Affirmed* by unpublished per curiam opinion.